*In re* LIC. PEDRO J. PEREIRA ESTEVES, querellado.

Número: MC-85-63    Resuelto: 30 de diciembre de 1985

*Héctor Rivera Cruz, Secretario de Justicia, Eliadís Orsini Zayas, Procuradora General Auxiliar, abogados de El Pueblo; Pedro J. Pereira Esteves, pro se.*

PER CURIAM: La Sra. Milagros Martínez Camilo alegadamente contrató los servicios profesionales del Lcdo. Pedro J. Pereira Esteves el 11 de octubre de 1984 para que la representara en un pleito de cobro de dinero contra su ex esposo, el Lcdo. Jorge L. Cátala Monge. La señora Martínez Camilo se querelló ante la Oficina del Procurador General de Puerto Rico de que, no obstante los esfuerzos realizados por ella a esos efectos, no había podido tener comunicación alguna ulterior con el licenciado Pereira Esteves relativa a su caso.

El 7 de agosto de 1985 el Procurador General de Puerto Rico, mediante carta al efecto, solicitó del mencionado abogado su versión de los hechos. No habiendo atendido el abogado su comunicación, el Procurador General así nos lo informó. Mediante Resolución de fecha 17 de octubre de 1985, le concedimos al Lcdo. Pereira Esteves hasta el 30 de octubre de 1985 para que contestara la comunicación del Procurador General y para que mostrara causa por la cual este Tribunal no debía suspenderlo provisionalmente del ejercicio de la abogacía, en vista de lo resuelto en *In re Pagán Ayala*, 115 D.P.R. 814 (1984). Dicho término fue ampliado, a solicitud del abogado, por cinco (5) días adicionales. Ha comparecido mediante escrito radicado en la Secretaría de este Tribunal con fecha de diciembre 2 de 1985.

La tardanza en contestar nuestra Resolución de parte del licenciado Pereira Esteves es indicativa de una actitud de desatención que no sólo resulta incomprensible sino detrimental a una eficiente administración de la justicia en nuestra jurisdicción. Deseamos enfatizar el hecho de que no estamos en disposición de tolerar conducta de esa naturaleza.

Por los fundamentos antes expuestos, *se separa del ejercicio de la profesión de abogado y del notariado al Lcdo. Pedro J. Pereira Esteves por el término de treinta (30) días,*

*contados a partir de la fecha en que sea notificado personalmente con copia de la presente opinión Per Curiam el referido abogado por la Oficina del Alguacil General de este Tribunal.* [1]

El Juez Asociado Señor Negrón García disiente con expresión: "Limitaría la sanción a una amonestación."

---

[1] El Alguacil General se incautará de la obra notarial, si alguna, del referido abogado, la cual deberá ser entregada a la Oficina del Director de Inspección de Notarías para el correspondiente examen e informe.